400 A.2d 624

Preston et ux., et al. v. Insurance Placement Facility
of Pennsylvania.

Appeal of Hilliard Preston and Marissa A. Preston.

Petition for Allowance of Appeal Granted Feb. 22, 1979.

Argued December 6, 1978. Jay I. Bomze, for appellants;
Stephen A. Cozen, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

400 A.2d 624

John Roe, a minor, et al. v. Catherine Doe, Child Welfare
Service of Luzerne County, et al.

Appeal of Catherine Doe.

Argued December 4, 1978.
Denis V. Brenan, for appellant; Lawrence M. Klemow,
submitted a brief for appellee, John Roe; No appearance
entered nor brief filed for appellee, Child Welfare Service;
No appearance entered nor brief filed for appellee, St.
Joseph's Hospital.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.